UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST KENDRID,

        Plaintiff,

        v.

B. FORESTER, et al.,

        Defendants.

No. 2:18-cv-0112-EFB P

ORDER

Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint and appointment of counsel. ECF No. 12.

District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Having considered those factors, the court finds there are no exceptional circumstances in this case.

Accordingly, plaintiff's request for appointment of counsel is denied, but his request for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 12) is granted. Plaintiff shall file an amended complaint no later than thirty days from the date of this order. Failure to comply with this order may result in a recommendation of dismissal.
2. Plaintiff's request for appointment of counsel (ECF No. 12) is denied.

Dated: August 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE