# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. FORESTER, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0112-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 6, 2019, the Magistrate Judge issued an order denying plaintiff's request for the appointment of counsel and on October 8, 2019, 2019, the Magistrate Judge issued an order screening plaintiff's amended complaint as provided by 28 U.S.C. § 1915(e)(2). ECF Nos. 23 & 24. Plaintiff has filed a document titled, "Motion for Appointment of Counsel – Motion for Reconsideration – Appeal to District Judge," which the Court construes as a motion for reconsideration of the Magistrate Judge's orders. ECF No. 25.

Local Rule 303(f) provides that Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds the Magistrate Judge's rulings are not clearly erroneous or contrary to law.

/////

/////

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the orders of the Magistrate Judge filed August 6, 2019 and October 8, 2019, are affirmed.

DATED: November 19, 2019.

_____
UNITED STATES DISTRICT JUDGE